IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:05CR285-1 |
| | : | |
| v. | : | |
| | : | INFORMATION OF PRIOR |
| NATHANIEL TYRONE GALLOWAY | : | CONVICTION |

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, pursuant to Title 21, United States Code, Section 851(a)(1), and Title 21, United States Code, Section 850, informing the Court that defendant, NATHANIEL TYRONE GALLOWAY, has been previously convicted on March 5, 2003, of a violation of North Carolina General Statute 90-95(a), that is, possession with intent to sell and deliver cocaine, under Criminal Docket Number 02 CRS 052170. The aforesaid proceeding was held in the Superior Court of Forsyth County, Winston-Salem, North Carolina, before the Honorable Ronald E. Spivey, Presiding Superior Court Judge.

WHEREFORE, the United States respectfully requests that the defendant, NATHANIEL TYRONE GALLOWAY, be subjected to the increased penalties provided for in Title 21, United States Code, Section 841(b)(1)(A).

This the 19th day of October, 2005.

Respectfully submitted,

ANNA MILLS WAGONER
UNITED STATES ATTORNEY


/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail:  Randall.Galyon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  United States Probation Office,

and I hereby certify that the document was mailed to the following non-CM/ECF participant:

Benjamin D. Porter, Esquire
P. O. Box 25226
Winston-Salem, NC 27114-5226

/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail:  Randall.Galyon@usdoj.gov